No. 469.   DABOLL ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.   *Toy R. Gregory* and *John W. Bonner* for petitioners.   *Solicitor General Sobeloff, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 491.   CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* KIFER.   C. A. 10th Cir.   Certiorari denied.   *Robert E. Shelton* for petitioner.   *Rex H. Holden* filed a waiver of right to file a brief in opposition for respondent.

No. 34, Misc.   O'LEARY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 124, Misc.   OWENS *v.* ABRAM, WARDEN, ET AL.   Supreme Court of New Mexico.   Certiorari denied.   Petitioner *pro se*.   *Richard H. Robinson,* Attorney General of New Mexico, *Fred M. Standley* and *Henry A. Kiker, Jr.,* Assistant Attorneys General, and *Dean S. Zinn* for Abram, respondent.

No. 133, Misc.   BAILEY *v.* BLALOCK, SUPERINTENDENT, SOUTHWESTERN STATE HOSPITAL.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 227, Misc.   WORLEY *v.* UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.   *Carmack Cochran* and *John D. Whalley* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *James Q. Riordan* for the United States; and *Charles C. Trabue, Jr.* for Dunn, respondents.